Argued May 24, affirmed June 14, 1976

STATE OF OREGON, *Respondent,*
*v.*
THOMAS LEE ROBINSON, *Appellant.*
(No. 75-1044, CA 5195)

550 P2d 758

*H. David Price,* Salem, argued the cause and filed the brief for appellant.

*James A. Hill, Jr.,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and W. Michael Gillette, Solicitor General, Salem.

Before Schwab, Chief Judge, and Fort and Lee, Judges.

PER CURIAM.

Defendant, having been convicted of murder upon trial by jury, contends on appeal that his trial counsel was incompetent. This issue, except in rare instances, is one which can be properly resolved only in a post-conviction proceeding in which evidence can be taken. *See, Turner v. Cupp,* 1 Or App 596, 465 P2d 249 (1970). This is not one of those rare instances.

Affirmed.